Revised 02/04

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Black River Quay, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  
Address:

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **May 9, 2010**

**/s/ Lynn A. Grygiel**  
Signature of Authorized Individual  
For Corporation Debtor

**Lynn A. Grygiel**  
Print Name

**President**  
Title